UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INEZ LAURA ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 20-CV-05973-LHK<br><br>**JUDGMENT** |

On August 3, 2021, the Court granted the parties' stipulation to voluntary remand pursuant to 42 U.S.C. § 405(g) and for entry of judgment in favor of Plaintiff. ECF No. 24. Accordingly, judgment is entered in favor of Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 3, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 20-CV-05973-LHK
JUDGMENT

1